**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 30 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10244 |
| Plaintiff - Appellee, | D.C. No. 2:06-cr-00736-DGC |
| v. | |
| SEALED 1, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

Appellant appeals from his guilty-plea conviction and 108-month sentence

for conspiracy to possess with intent to distribute 5 kilograms or more of cocaine,

in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

DAT/Research

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), appellant's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief, the government has filed motion to dismiss in light of a comprehensive appeal waiver, and appellant has filed a statement opposing the motion.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988). In light of the valid appeal waiver, the government's motion to dismiss is **GRANTED.** *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**